1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **GEORGINA PALACIOS,**            ) | |
|                                                          ) | **No. EDCV 10-1743 AJW** |
|                                                          ) | |
|                       **Plaintiff,**        ) | |
|          **v.**                                     ) | **J U D G M E N T** |
|                                                          ) | |
| **MICHAEL J. ASTRUE,**             ) | |
| **Commissioner of the Social**     ) | |
| **Security Administration,**         ) | |
|                                                          ) | |
|                       **Defendant.**     ) | |
|                                                          ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

February 23, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge